UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA,

    Plaintiff,

    v.

JOSE FUENTES AGOSTINI, et al.,

    Defendants.

Civil No. 97-1430 (JAF)

**O R D E R**

Trial in this case shall commence on **November 27, 2000**, at **9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 15th day of March, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)