UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: AUGUST 9, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CASE NO. CIVIL 97-1430

===================================================================

BERNABE TEJADA BATISTA                  Attorneys:
                                        For Plaintiff:

            VS
                                        For Defendant:
JOSE FUENTES AGOSTINI

===================================================================

In view of the fact that this is one of the cases that has been recently reassigned to Judge Garcia Gregory the jury trial set for November 27, 2000 is hereby vacated and set aside.

A status conference is set before Judge Garcia on October 31, 2000 at 10:30 AM.

Parties to be notified.

                                        _____
                                              LILY ALICEA
                                           COURTROOM DEPUTY

S/cs to Jury Clerk

