UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

    Plaintiff(s)

    v.                       CIVIL NUMBER: 97-1430 (JAG)

JOSE FUENTES AGOSTINI, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/29/00<br>**Title:** Motion for Withdrawal Legal Representation<br>**Docket:** #88<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** |
| **Date:** 08/24/00 | JAY A. GARCIA-GREGORY<br>U.S. District Judge |