UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: OCTOBER 31, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 97-1430 (JAG)**

===============================================================

BERNABE TEJADA BATISTA                Attorneys:
                                      For Plantiff: IRMA
                                      VALDEJULLI
            VS
                                      For Defendant:
JOSE FUENTES AGOSTINI                 JOAN PARDO
                                      LUIS F. DEL VALLE
                                      OVALDO PUIG HERNANDEZ

===============================================================

Case called for status conference. Theories of parties heard. Case had a trial setting for this month but it was transferred to this judge and the trial setting was vacated. All discovery has finished and case is ready to be set for trial.

Court orders plaintiff to file a written settlement demand by November 10, 2000.

Court sets a settlement conference for **Tuesday, November 28, 2000 at 3:30 PM. Parties are to be available for said confernce.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy