# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JAY A. GARCIA GREGORY | DATE: November 28, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 97-1430 (JAG) |

===============================================================

| | |
|---|---|
| BERNABE TEJADA-BATISTA | <u>Attorneys:</u>  Irma VALLDEJULI |
| vs. | |
| JOSE FUENTES AGOSTINI | Luis DEL VALLE<br>Joanne PARDO<br>Osvaldo PUIG HERNANDEZ |

===============================================================

SETTLEMENT CONFERENCE held in chambers. The Court is informed that attorneys Arlene de la Matta and Miriam Soto Contreras are no longer in this case.

There is a possibility that this case is settled. The plaintiff will submit a written settlement demand. The attorneys for the defendants are instructed to present the settlement demand to the Settlement Committee.

**A second settlement conference is set for December 29, 2000, at 3:30 P.M.**

Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel of record.

