UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: DECEMBER 26, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CIVIL 97-1430 (JAG)

===============================================================

| | |
|---|---|
| BERNABE TEJADA BATISTA | Attorneys:<br>For Plaintiffs: |
| VS | |
| JOSE FUENTES AGOSTINI | For Defendant: |

===============================================================

In view of the information filed by the parties the settlement conference in the above-mentioned case set for Friday, December 29, 2000 is hereby vacated and set aside.

Parties to be notified.

                                        _____
                                        By: LILY ALICEA
                                        COURTROOM DEPUTY

