UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: FEBRUARY 28, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**            CASE 97-1430(JAG)

===================================================================

BERNABE TEJADA BATISTA                  Attorneys:
                                        For Plaintiffs:

            VS
                                        For Defendant:
JOSE FUENTES AGOSTINI
===================================================================

At the request of attorney for plaintiff, motion #101, a settlement conference in the above-mentioned case is hereby set for **Monday, March 19, 2001 at 10:00 AM.**

Parties to be notified.

                                        _____
                                             LILY ALICEA
                                           COURTROOM DEPUTY

