UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: MARCH 12, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE 97-1430(JAG)**

=================================================================

BERNABE TEJADA BATISTA                    Attorneys:
                                          For Plaintiffs:


            VS
                                          For Defendant:

JOSE FUENTES AGOSTINI
 ================================================================

By Order of the Court the hour of the further settlement
conference in the above-mentioned case is hereby changed for
4:00 PM.

Parties to be notified.


                                        _Lily Alicea_
                                        LILY ALICEA
                                        COURTROOM DEPUTY

