```
     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
MINUTES OF PROCEEDINGS:                  DATE:MARCH 19, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily ALICEA         CASE NO.Cv. 97-1430 (JAG)
================================================================
BERNABE TEJADA BATISTA                 Attorneys: IRMA
          VS                                      VALDEJULLI

JOSE FUENTES AGOSTINI                  EILEEN LANDRON
                                       JOHN NEVARES
                                       JOANNE PARGO (VIA TELEPHONE)
```

Case called for further settlement conference. Attorney John Nevares appeared before eventhough he has filed a motion to withdraw from the case since the Department of Justice has requested that he return all his cases back to the Department of Justice. The same thing happened with attorney Joanne Pargo she has also been requested to return the files to the Department of Justice. She still has not filed the motion to withdraw representation in the case.

Court grants the motion of attorney John Nevares to withdraw from the case and grants thirty days are granted for the new attorney to enter the appearance. Attorney Salvador Antonetti is to be notified with copy of the minutes so that he can take the proper steps to assign the case to another attorney and have them enter an appearance by **April 19, 2001.**

The Court grants the defendants 10 days to amend the pretrial order and detail the names of their witnesses in the case.

**A status/settlement conference is set for May 9, 2001 at**

**4:00 PM**

**The Court is very interested that the Secretary of Justice make all necessary arrangements to have the appearance of the attorneys filed by the time specified herein.**

**Parties to be notified.**

*Lily Alicea*
Lily Alicea-Courtroom Deputy


