UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-1430 (JAG)

JOSE FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/02/01<br>**Title:** Motion of Withdrawal of Counsel<br>**Docket:** 108<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge