UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

**Plaintiff(s)**

v.                    CIVIL NUMBER: 97-1430 (JAG)

JOSE FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/06/01<br>**Title:** Motion to Withdraw as Counsel of Record<br>**Docket:** 104<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | **GRANTED.** The Court grants attorney John M. Garcia's request to withdraw as counsel of record for the defendant José A. Fuentes-Agostini. The Court also orders that all notices, papers and documents related to the defendant be served upon Eileen Landrón-Guardiola, Esq. |

Date: April 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



110