

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

    **Plaintiff(s)**

        **v.**                      **CIVIL NUMBER:**  97-1430 (JAG)

JOSE FUENTES AGOSTINI, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion Requesting Leave to Withdraw as Counsel of Record (02/06/01); Motion to Withdraw as Counsel of Record (03/18/01) | **GRANTED.** |

**Docket:** 99, 106

[ ] **Plffs**   [x] **Defts**   [ ] **Other**

**Date:**  April 18, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



