UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                                    DATE: MAY 9, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**            **CASE NO. 97-1430 (JAG)**

================================================================

BERNABE TEJADA BATISTA                     Attorneys:

      VS

JOSE FUENTES AGOSTINI

---

By Order of the Court the status/settlement conference in the above-mentioned case set for today is hereby vacated and set aside.  Parties notified by telephone.

Parties to be notified.

                                                   Lily Alicea-Courtroom Deputy


