UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

    **Plaintiff(s)**

    v.       CIVIL NUMBER: 97-1430 (JAG)

JOSE FUENTES AGOSTINI, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/29/01<br>**Title:** Informative Motion and Request for Brief Stay of Proceedings and Other Remedies<br>**Docket:** 114<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED** as requested. The proceedings shall be stayed until June 15, 2001.<br><br>A Pre-Trial and Settlement Conference is hereby scheduled for **July 10, 2001 at 4:30 p.m.** Counsel for each party shall have obtained authority to settle the case prior to the conference. Should settlement efforts prove fruitless, the Court will schedule a trial date for July, 2001. |

Date: June 6, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge