UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                      DATE: July 10, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 97-1430 (JAG)
================================================================
BERNABE BATISTA TEJADA                     Attorneys: IRMA VALDEJULLI

           VS

JOSE FUENTES AGOSTINI                      LAURA BELENDEZ
                                           EDUARDO VERA

Case called for further settlement conference. Attorney for plaintiff indicated to the Court that again she resubmitted her settlement demand but has not heard anything from defendants.

Attorney Laura Belendez filed a supplemental motion for summary judgment today. Attorney Eduardo Vera requested permission from the Court, which was denied, to also file a motion for summary judgment. Plaintiff strongly opposed the request since two summary judgments had already been filed and denied by the Court.

The Court at this late time will not be entertaining any motions for summary judgment. This will be brought up during the trial. Court grants the parties 20 days to submit their witness list as previously ordered by the Court.

A pretrial conference is set for September 4, 2001 at 10:00 AM and the jury trial is set for September 10, 2001 at 9:30 AM.

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy

s/c Jury Clerk