UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

    **Plaintiff(s)**

    v.                                  CIVIL NUMBER: 97-1430 (JAG)

JOSE FUENTES AGOSTINI, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 07/30/01<br>**Title**: Motion to Withdraw as Attorney of Record and Extension of Time to Announce Defendants' Witnesses<br>**Docket**: 119<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | The motion to withdraw is **granted**. The Justice Department shall assign a new attorney of record on or before August 20, 2001. By August 27, 2001 the new legal representation shall announce and furnish to counsel for plaintiffs the list of witnesses defendants will use at trial.<br><br>The Court expects full compliance with this order by the Secretary of Justice, the Assistant Attorney General in charge of litigation and the director of the Federal Litigation Division. |

Date: August 3, 2001

JAY A. ~~GARCIA-GREGORY~~
U.S. District Judge



