UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



BERNABE TEJADA BATISTA

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-1430 (JAG)

JOSE FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/14/01<br>**Title:** Motion to Announce Legal Representation<br>**Docket:** 121<br>[ ] **Plffs** [x] **Defts** [ ] **Other** | The appearance of new counsel is noted. New counsel is expected to comply with this Court's orders as reflected in the Minutes of this Court's recent status conference.<br><br>Trial remains scheduled for **September 10, 2001** at **9:30 a.m.** |

**Date:** August 27, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge