UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

    **Plaintiff(s)**

    v.                     **CIVIL NUMBER:** 97-1430 (JAG)

JOSE FUENTES AGOSTINI, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/21/01<br>**Title:** Motion to Strike Defendants' Motion for Summary Judgment<br>**Docket:** 123<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED.** Docket 122 is ordered stricken from the record. |

Date: August 27, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge