UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                     DATE: SEPTEMBER 4, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 97-1430 (JAG)

======================================================================
BERNABE BATISTA TEJADA                   Attorneys: IRMA VALDEJULLI

    VS

JOSE FUENTES AGOSTINI                    LAURA BELENDEZ
                                         EDUARDO VERA

---

    Case called for pretrial conference. Court informs the parties that a motion for continuance has been filed and the case will have to be continued. He suggests to the parties the possibility of trying the case before a Magistrate Judge since this is a very old case and his calendar is very full and he cannot give them another trial date in the near future.

    Parties are consulted and they agree to have the case tried before Magistrate Justo Arenas. He has available the week of October 22, 2201 for this case. Parties are to go now to the Magistrate's Office to sign the Consent form.

    The pending motions in the case are referred to the Magistrate for Report and Recommendation.

    Parties to be notified.

                                           Lily Alicea-Courtroom Deputy

s/c Jury Clerk
    Magistrate Arenas
    Courtroom Deputy

