IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                    DATE: September 4, 2001
                                          CIVIL 97-1430 (JAG)

BERNAVE TEJADA BATISTA

v.

JOSE A. FUENTES AGOSTINI, et al.

A pretrial/settlement conference is set for October 4, 2001 at 11:00 a.m. Minutes to be notified.


