IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                             CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

## O R D E R

The "Motion Requesting Reconsideration of Order to Strike Co-defendant Fuentes Agostini's Motion for Summary Judgment," Docket No. 129, is denied.

In San Juan, Puerto Rico this 4th day of October, 2001.

JUSTO ARENAS
United States Magistrate Judge