IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                               DATE: October 11, 2001
                                                    CIVIL 97-1430 (JAG)

BERNABÉ TEJADA BATISTA, et al.

Plaintiffs

v.

JOSÉ FUENTES AGOSTINI, et al.

Defendants

Pretrial/settlement conference held on October 4, 2001. Attorneys present: Irma Valldedjulli, Eileen Landrón Guardiola, Eduardo Vera Ramírez, Jo-Ann Estades-Boyer, and Salvador Antonetti Stutts.

The jury trial scheduled for October 22, 2001 is reset to October 29, 2001 at 9:30 a.m. Minutes to be notified.

