IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                                              CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Supplemental Motion for Summary Judgment, 07-10-01. | 117 | Denied. |
| Co-defendant Fuentes Agostini's Informative Motion Regarding Witnesses to be Used at Trial, 08-29-01. | 128 | Noted. |
| Opposition to Motion Requesting Reconsideration of Order to Strike Co-defendant Fuentes Agostini's Motion for Summary Judgment, 09-07-01. | 134 | Moot. |
| Motion for Leave to File Reply to Plaintiffs' Opposition to Motion Requesting Reconsideration of Order to Strike Co-defendant Fuentes Agostini's Motion for Summary Judgment, 09-21-01. | 137 | Denied. |
| Motion Requesting Order, 10-11-01. | 139 | Granted. |

In San Juan, Puerto Rico this 17th day of October, 2001.

JUSTO ARENAS
United States Magistrate Judge