IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                                                          CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

## ORDER

This matter is before me on "Urgent Motion" filed by co-defendant Honorable José A. Fuentes Agostini, in his personal capacity on October 16, 2001. (Docket No. 141.) Plaintiff has not had an opportunity to oppose the motion. However, because of the reasons given by the defendant for consenting to trial before a United States magistrate judge, and because I cannot resolve the motion before the scheduled trial, should the parties agree that I rule on the motion for reconsideration of the denial of the motion for summary judgment on the merits, then the trial will be continued until the ruling is issued. If the parties do not agree that I rule on the motion for reconsideration and summary judgment on the merits, then the court is invited to rule on the same, and I will set the case for trial once resolution of the matters previously before the court are resolved.

SO ORDERED.

In San Juan, Puerto Rico this 22nd day of October, 2001.

JUSTO ARENAS
United States Magistrate Judge