IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                           CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

### O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Stay District Court Proceedings Pending Resolution of Appeal, 10-25-01. | 147 | Granted. |

In San Juan, Puerto Rico this 29th day of October, 2001.

JUSTO ARENAS
United States Magistrate Judge