# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                              CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

## ORDER

The jury trial set for October 29, 2001, at 9:30 a.m., is vacated *nunc pro tunc*. See order of October 22, 2001, Docket No. 145.

In San Juan, Puerto Rico, this 29th day of November, 2001.

JUSTO ARENAS
United States Magistrate Judge

