IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                                          CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

### O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Urgent Motion Regarding Order Issued on October 4, 2001 by Honorable Magistrate Judge Arenas and Requesting That Either the Order be Rectified or the Record be Clarified to State Clearly That Fuentes Agostini's Summary Judgment Argument Has Been Denied on the Merits and Thus That Said Ruling Constitutes an Appealable Issue, 10-16-01. | 141 | Set for status conference on October 16, 2002 at 11:00 a.m. |

In San Juan, Puerto Rico, this 20th day of September, 2002.

JUSTO ARENAS
United States Magistrate Judge