IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                                    CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance of Status Conference, 10-07-02. | 154 | Status conference is reset for November 5, 2002 at 9:30 a.m. |

In San Juan, Puerto Rico, this 15th day of October, 2002.

JUSTO ARENAS
United States Magistrate Judge

