1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2

RECEIVED & FILED
2 DEC 23 AM 10 17

3

CLERK'S OFFICE
'S DISTRICT COURT
SAN JUAN P R

4    BERNABÉ TEJADA BATISTA, et al.,

5    Plaintiffs

6    v.                                        CIVIL 97-1430 (JAG)

7    JOSÉ FUENTES AGOSTINI, et al.,

8    Defendants

9

## STATUS CONFERENCE REPORT

10

11         At the conference held on November 5, 2002, plaintiff was represented by Irma

12   Valldejuli Pérez, Esq., defendant by Eileen Landrón Guardiola, Esq.  The representative

13   from the Federal Litigation Division was excused.

14         Jury trial is set for January 28, 2003 at 9:30 a.m.

15         In San Juan, Puerto Rico this 19th day of December, 2002.

16

17

18                                       JUSTO ARENAS
                                  United States Magistrate Judge

19

20

21   s/cs: Jury Adm.
22   Chief Deputy
23   Operations Mgr.
     Courtroom Deputy (JAG)
24   Court Reporter
25   12/20/02
     JA

26

27

28