IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                              CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

## ORDER

A pretrial conference is set for January 10, 2003 at 9:00 a.m.

In San Juan, Puerto Rico, this 19th day of December, 2002.

JUSTO ARENAS
United States Magistrate Judge