IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                                    CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance of Pretrial Conference, 01-07-03. | 159 | Pretrial conference is reset for January 17, 2003 at 9:00 a.m. |

In San Juan, Puerto Rico, this 9th day of January, 2003.

JUSTO ARENAS
United States Magistrate Judge