IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                        DATE: January 10, 2003
                                              CIVIL 97-1430(JAG)(JA)

BERNABÉ TEJADA BATISTA, et al.

v.

JOSÉ FUENTES AGOSTINI, et al.

Because of unexpected official business outside of Puerto Rico, the jury trial set for January 28, 2003 is to begin the following day.


