IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA, et al.,

Plaintiffs

v.                                                          CIVIL 97-1430 (JAG)

JOSÉ FUENTES AGOSTINI, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At the conference held on January 17, 2003, plaintiff was represented by Irma Valldejuli Pérez, Esq., defendant by Jo-Ann Estades Boyer and Eduardo Vera Ramírez, Esqs.

The jury trial set for January 28, 2003, is reset for February 24, 2003 at 9:30 a.m. The trial date of February 4 agreed on at the January 17, 2003, conference is unavailable due to a previously scheduled jury trial which I was not aware of. There is a possibility that the Tejada trial can be moved up to February 10, if another case settles. Otherwise, I expect February 24 to be the final setting.

In San Juan, Puerto Rico this 22nd day of January, 2003.

JUSTO ARENAS
United States Magistrate Judge

By phone:
Irma Valldejuli (personally)
Landrón & Vera (through Myrna)
Estades (through Vivian)
1/23/03