IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABÉ TEJADA BATISTA

PLAINTIFF

CIVIL NO. 97-1430 (JAG)

V.

JOSÉ FUENTES AGOSTINI,
et al.

DEFENDANTS

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**COMES NOW,** defendant José A. Fuentes Agostini in his personal capacity, through the undersigned attorneys, and very respectfully **states and prays:**

Notice is hereby given that appearing defendant Fuentes-Agostini in his personal capacity hereby appeals to the United States Court of Appeals for the First Circuit from the Opinion and Order by Hon. Justo Arenas, U.S. Magistrate Judge for the United States District Court of Puerto Rico, issued and entered on February 23, 2003.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 24th of February, 2003.

**I HEREBY CERTIFY:** That on this same date a true and exact copy of this document has been notified to **Irma Valldejuli, Esq.,** P.O. Box 361228, San Juan, P.R. 00936, and **Jo-Ann Estades, Esq.,** Department of Justice, P.O. Box 9020192, San Juan, P.R. 00902-0192.





ANABELLE RODRÍGUEZ
SECRETARY OF JUSTICE

LANDRÓN & VERA, LLP.
Attorneys at Law
PMB 150, 138 W. Churchill Ave.
San Juan, P.R. 00926-6023
Tel.: (787) 721-6327; (787) 721-0117
Fax: (787) 721-6319

_____
EILEEN LANDRÓN GUARDIOLA
USDC-PR-203006

_____
EDUARDO A. VERA RAMÍREZ
USDC-PR-209713

54-05 Notice of appeal