IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2003 FEB 27 PM 5:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BERNABE TEJADA-BATISTA

Plaintiff

v.                                             CIVIL 97-1430 (JAG-JA)

LYDIA MORALES
DOMINGO ALVAREZ
ANTONIO FRANCO
MIGUEL GIERBOLINI

Defendants

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that plaintiff Bernabé Tejada-Batista receive $125,000.00 for loss of income.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of February, 2003.

FRANCES RIOS DE MORAN
Clerk Of Court

Deputy Clerk

