IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**BERNABÉ TEJADA BATISTA**

Plaintiffs,

v.                            Civil No. 97-1430 ( JAG)

**JOSE FUENTES AGOSTINI, et al.,**

Defendants.

RECEIPT # 13650/
AMOUNT: $105.00
MAY 16 2003
CASHIER SIGNATURE

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**COME NOW,** Lydia Morales and Domingo Alvarez, through the undersigned attorney and very respectfully state and pray the following:

Notice is hereby given that appearing defendants Lydia Morales and Domingo Alvarez hereby appeals to the United Stats Court of Appeals for the First Circuit from the judgment issued and entered on February 27 2003, and Opinion and Order issued and entered on April 15 2003 by Justo Arenas, U.S. Magistrate Judge for the United States District of Puerto Rico.

**WHEREFORE,** the appearing defendants very respectfully request to this Honorable Court to take notice of the above.

**I HEREBY CERTIFY** that a true and exact copy of this motion has been sent regular mail to: **IRMA VALDUJURY, ESQ.**, P.O. Box 361228, San Juan Puerto Rico

cc: Appeals Clerk
5/16/03



00936-1228, PMB 150138, and **LANDRON & VERA,** Wilston Churchill Ave., San Juan Puerto Rico 00926-6023.

.**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 15 of May 2003.

                **ANABELLE RODRIGUEZ**
                Secretary of Justice

                **IVONNE PALERM**
                Deputy Secretary of justice In Charge of Litigation

                *[signature]*
                **JO-ANN ESTADES BOYER**
                USDC-PR 211811
                Federal Litigation Division
                Department of Justice
                P.O. Box 9020192
                San Juan, Puerto Rico 00902-0192
                Tel. 721-8010