# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:**  June 11, 2003

**DC #:**    97-1430 (JAG/JA)

**APPEAL FEE PAID:**       YES  _X_    NO ____

**CASE CAPTION:**       Bernabé Tejada-Batista   v.   José A. Fuentes-Agostini

**IN FORMA PAUPERIS:**      YES ____    NO  _X_

**MOTIONS PENDING:**       YES ____    NO  _X_

**NOTICE OF APPEAL FILED BY:**    Defendants

**APPEAL FROM:**          Opinion & Order entered on 04/15/03 and Judgment entered on 02/28/03

**SPECIAL COMMENTS:**    Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries  1-35 | I |
| Docket Entries  36-60 | II |
| Docket Entries  61-85 | III |
| Docket Entries  86-176 | IV |
| Docket Entries  177-193 | V |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:
Received By:  _____
USCCA #:      _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk

