UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:   June 28, 2005

DC #:   97-1430   (JAG/JA)

CCA #:   03-1841

CASE CAPTION:        Bernabe Tejada-Batista      v.     José A. Fuentes-Agostini

SPECIAL COMMENTS:      Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                VOLUMES:

**Docket Entry   35  (Sealed)**                              I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

                                FRANCES RIOS DE MORAN
                                Clerk of the Court


                                S/ Xiomara Muñiz
                                Xiomara Muñíz
                                Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk