IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

Plaintiff

v.                                              CIVIL NO. 97-1430 (JAG)

JOSE A. FUENTES AGOSTINI,
ET AL

Defendants

_____

## BILL OF COSTS

TO THE HONORABLE COURT:

COMES NOW the plaintiff, BERNABE TEJADA BATISTA, through the undersigned counsel and before this Honorable Court, respectfully, states, alleges and prays as follows:

On February 27, 2003 a jury verdict was returned in favor of the plaintiff in this case and against defendants Lydia Morales and Domingo Alvarez. Judgment was entered the same day. A timely Bill of Costs was filed pursuant to Title 28 United States Code Section 1920. (Docket No. 182) The same was denied without prejudice to file the bill of costs after the judgment is affirmed by the Court of Appeals. (Docket No. 197)

On September 20, 2005 the judgment of the District Court was affirmed by the Court of Appeals for the First Circuit and judgment was entered accordingly.

The original Bill of Costs filed on March 7, 2003 (Docket No. 182) is resubmitted for adjudication pursuant to Federal Rules of Appellate Procedure 39 and Federal Rules of Civil Procedure 54(d).

WHEREFORE, it is respectfully requested to this Honorable Court to tax costs and expenses accordingly.

RESPECTFULLY SUBMITTED.

IT IS HEREBY CERTIFIED that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ms Jo-Ann Estades Boyer, Esq. through her electronic address.

In San Juan, Puerto Rico, September 28, 2005.


/S/ *Irma R. Valldejuli*
IRMA R. VALLDEJULI
USDC No. 124303
P O Box 361228
San Juan, Puerto Rico   00936-1228
Tel:  (787) 754-6290
Fax:  (787) 753-2768
E-Mail:  irvalldejuli@moredalaw.com