IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

Plaintiff

        v.                         CIVIL NO. 97-1430 (JAG)

JOSE A. FUENTES AGOSTINI,
ET AL

Defendants
_____

## REQUEST TO HOLD IN ABEYANCE DISBURSEMENT OF FUNDS DEPOSITED IN COURT

TO THE HONORABLE COURT:

COMES NOW the plaintiff, BERNABE TEJADA BATISTA, through the undersigned counsel and before this Honorable Court, respectfully, states, alleges and prays as follows:

On October 14, 2006 the undersigned counsel filed Motion Requesting Order for Payment of Sentence by which the undersigned counsel requested this Honorable Court to order the government to deposit the payment of the sentence in this case in the Court in order to allow the plaintiff and the undersigned counsel to inform the Honorable Court how the funds will be distributed among themselves to secure payment of attorney´s fees and costs.

Today the government has deposited the amount of $197,430.90 covering the sentence entered in this case together with attorney´s fees and costs taxed on appeal, except for the costs still pending to be taxed by the Clerk.

The undersigned counsel will meet next week with the plaintiff to subscribe a joint motion stating the amounts to be disbursed to each of them to cover attorney´s fees and costs to the undersigned counsel.

WHEREFORE, it is respectfully requested to this Honorable Court to hold in abeyance any order for disbursement of funds until a joint motion is filed by the plaintiff and the undersigned counsel specifying the corresponding amount to be disbursed to each one of them.

RESPECTFULLY SUBMITTED.

IT IS HEREBY CERTIFIED that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr Francisco Ojeda Diez, Esq. through his electronic addresses.

In San Juan, Puerto Rico, October 16, 2006.

/S/ *Irma R. Valldejuli*
IRMA R. VALLDEJULI
USDC No. 124303
P O Box 361228
San Juan, Puerto Rico   00936-1228
Tel:  (787) 754-6290
Fax:  (787) 753-2768
E-Mail:  irvalldejuli@moredalaw.com