IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA, ET AL.
**Plaintiffs**

Vs.

CIVIL NO.: 97-1430(JAG/JA)

JOSE A. FUENTES AGOSTINI, ET AL.
**Defendants**

## MOTION FOR LEAVE TO DEPOSIT FUNDS IN COURT

**TO THE HONORABLE COURT:**

**COME NOW**, Defendants in the above captioned case, represented by the Department of Justice through the undersigned attorney, pursuant to Rule 67 of the Federal Rules of Civil Procedure, respectfully state and request the following:

1. On the date of this motion, defendants have handed to the Clerk of this Court for deposit the Commonwealth of Puerto Rico's Check number 0643013 payable to the order of U.S. CLERK DISTRICT COURT, dated October 11, 2006, for the amount of ONE HUNDRED NINETY SEVEN, FOUR HUNDRED AND THIRTY THOUSAND ($197,430.90) DOLLARS WITH NINETY CENTS in final and total payment to the plaintiff pursuant to the settlement agreement entered into between the parties in the present case and the subsequent Final Judgment issued by this Honorable Court.

**WHEREFORE**, leave to deposit the aforementioned check for the benefit of the plaintiff is respectfully requested, and, consequently, that said check be deposited with the Clerk of the Court for the benefit of the plaintiff.

- 1 -

- 2 -

**I HEREBY CERTIFY** that on this same date I electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this October 16, 2006.

**ROBERTO J. SANCHEZ RAMOS**
Secretary of Justice

**VIVIAN GONZALEZ MENDEZ**
Interim Deputy Secretary
In Charge of Litigation

**s/Francisco Ojeda-Diez**
**FRANCISCO OJEDA-DIEZ**
U.S.D.C. NO. 211108
Division Director Unit 6
General Litigation Office
Department of Justice
P.O. Box 9020192
San Juan, PR. , 00902-0192.
Tel. (787) 721-8010; (787) 721-5636 (2605)
**E-mail:  fojeda@justicia.gobierno.pr**