Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC-784
AGOSTO 2005

**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO GUBERNAMENTAL FOMENTO**

S0643013                                01825434

FECHA        11.Oct.2006                IMPORTE      $197,430.90***

PAGUESE    ***CIENTO NOVENTA Y SIETE MIL CUATROCIENTOS TREINTA CON 90/100 DOLARES***

A LA
ORDEN DE    U S CLERK DISTRICT COURT OF THE DISTRICT
            AREA DEL TESORO
            CONTADURIA GENERAL
            SAN JUAN, PR 00902

                                                    SECRETARIO DE HACIENDA

BGF   No es valido seis meses despues de su emision

⑈01825434⑈ ⑆021502718⑆ 32520006⑈

---

Mon Oct 16 13:48:19 2006

UNITED STATES DISTRICT COURT

HATO REY        , PR

Receipt No.   100 165899
Cashier       perezja

Tender Type   MONEY ORDER

M.O. Number: 01825434

Transaction Type   DD

DD Code    Div No    Acct
4669       1         604700

Amount               $ 197430.90

97-1430(JAG) CONS. CHK JOSE A FUENTE
S AGOSTINI

BERNABE TEJADA VS JOSE A FUENTES