IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERNABE TEJADA BATISTA

Plaintiff

v.                                                                CIVIL NO. 97-1430 (JAG)

JOSE A. FUENTES AGOSTINI,
ET AL

Defendants

## JOINT MOTION FOR DISBURSEMENT OF FUNDS DEPOSITED IN COURT

TO THE HONORABLE COURT:

COMES NOW the plaintiff, BERNABE TEJADA BATISTA, through the undersigned counsel and before this Honorable Court, respectfully, states, alleges and prays as follows:

On October 20, 2006 the Defendants deposited in Court the amount of One Hundred Ninety Seven, Four Hundred and Thirty Thousand Dollars with Ninety Cents ($197,430.90) in payment of the sentence entered in this case. This amount covers the following payment:

| | |
|---|---|
| $ 125,000.00 | Verdict |
| 62,610.00 | Attorney's Fees before the District Court |
| 9,737.50 | Attorney's Fees before the Court of Appeals |
| 83.40 | Costs on Appeal |
| $ 197,430.90 | TOTAL |

In addition, the plaintiff already received the lump sum of $26,000.00 as back pay and benefits after the verdict and up to the time he was reinstated in his position with the Department of Justice on August 23, 2006 as ordered by this Honorable Court on May 23, 2003.

The parties have agreed that the total amount of $223,430.90 will be divided as follows to pay for attorneys' fees and costs of this litigation:

    Bernabe Tejada Batista  $125,000.00  ($26,000.00)

    Irma R. Valldejuli  $72,430.90

WHEREFORE, it is respectfully requested to this Honorable Court to order the Clerk to disburse the funds deposited in Court in the amounts and to the names as specified above.

RESPECTFULLY SUBMITTED

IT IS HEREBY CERTIFIED that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr Francisco Ojeda Diez, Esq. through his electronic addresses.

In San Juan, Puerto Rico, October 23, 2006.

*Bernabe Tejada Batista*
BERNABE TEJADA BATISTA
Plaintiff

*Irma R. Valldejuli*
IRMA R. VALLDEJULI
USDC No. 124303
P O Box 361228
San Juan, Puerto Rico   00936-1228
Tel:  (787) 754-6290
Fax: (787) 753-2768
E-Mail:  irvalldejuli@moredalaw.com